Christine A. Kohler, State Bar No. 211562
ckohler@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone (213) 457-8000
Facsimile (213) 457-8080

Attorneys for Defendants
PR NEWSWIRE ASSOCIATION LLC and
UBM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT GORDILLO;<br><br>Plaintiff,<br><br>vs.<br><br>PR NEWSWIRE, LLC; PR NEWSWIRE ASSOCIATION, LLC; UBM, INC. and DOES 1 – 20, inclusive,<br><br>Defendants. | Case No. 2:15-CV-09388-ODW-AGR<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

US_ACTIVE-127409539.1-CAKOHLER 06/22/2016 4:28 PM

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IT IS HEREBY STIPULATED** by and between Plaintiff Robert Gordillo and Defendants PR Newswire Association LLC and UBM, Inc., through their respective counsel of record, that the above-entitled action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear his/its own attorneys' fees and costs.

DATED:  June 21, 2016                     FREIMAN LAW


By____/s/ Lawrence Freiman_____
    Lawrence Freiman
    Attorneys for Plaintiff
    ROBERT GORDILLO


DATED:  June 21, 2016                     REED SMITH LLP


By____/s/ Christine A. Kohler_____
    Christine A. Kohler
    Attorneys for Defendants
    PR NEWSWIRE ASSOCIATION LLC and
    UBM, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –